United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD STALLWORTH,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PANTHER WELL SERVICE, LLC,<br><br>Defendant. | §§§§§§§§§§§ | No. 4:15-cv-03673<br><br>JURY TRIAL DEMANDED |

## FINAL DEFAULT JUDGMENT

Today, the Court granted Plaintiff Clifford Stallworth's Motion for Default Judgment. It is, therefore,

**ORDERED** and **ADJUDGED** that Plaintiff Clifford Stallworth shall recover from Defendant Panther Well Service, LLC the sum of $18,477.80 plus costs of court, which represents $4,943.90 in unpaid wages plus $4,943.90 in liquidated damages plus $8,190.00 in attorney's fees.

Additionally, costs are **TAXED** against Defendants in the amount of $400.00.

This judgment shall bear interest at __0.82__ % per annum until paid.

The Clerk of the Court is **ORDERED** to issue all writs of execution and other process necessary for the enforcement and collection of this judgment and all costs of court. All relief not granted in this judgment is **DENIED**.

This is a **FINAL JUDGMENT** and is appealable.

**SIGNED** this 28th day of February in the year 2017 at Houston, Texas.

Nancy F. Atlas
Senior United States District Judge